IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHRISTOPHER NEWELL, | : | |
| Plaintiff, | : | |
| v. | : | Case No: 1:23-cv-14 (LAG) |
| WARDEN DARREN MYERS, *et al.*, | : | |
| Defendants. | : | |

**ORDER TO PRODUCE STATE PRISONER FOR FEDERAL HEARING**

TO: OFFENDER ADMINISTRATION/AGREEMENTS
GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **CHRISTOPHER MICHAEL NEWELL, GDC ID: 1001380088**, presently incarcerated at BALDWIN STATE PRISON, for a Federal pretrial conference in the above-styled case beginning at **3:30 p.m. on August 27, 2026,** and continuing until the conclusion of the pretrial conference before the undersigned on the third floor of the C.B. King United States Courthouse, 201 West Broad Avenue, Albany, Georgia.

SO ORDERED, this 24th day of August 2026.

s/ Leslie A. Gardner
LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT